From:LAW OFFICE OF RON WILCOX   408 296 0486   07/07/2005 02:16 #444 P.001/002
Case 5:04-cv-03681-JF   Document 24   Filed 07/19/05   Page 1 of 2

JUL-07-2005 02:33PM   FROM-SILICON VALLEY LAW GROUP   +4089735701   T-207   P.002/003   F-327

Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, 1st Floor., Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@yahoo.com

Attorney for Plaintiff

**\*\*E-filed 7/19/05\*\***

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,<br><br>Defendants. | CIV. NO. C04-04479 JF<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCES FOR 60 DAYS**<br><br>Date: July 15, 2005<br>Time: 10:30 AM<br>Courtroom 3 |
| SHARON WYATT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,<br><br>Defendants. | CIV. NO. C04-03681 JF RS<br><br>Date: July 15, 2005<br>Time: 10:30 AM<br>Courtroom 3 |

- 1 -

From:LAW OFFICE OF RON WILCOX 408 296 0486 07/07/2005 02:17 #444 P.002/002
Case 5:04-cv-03681-JF   Document 24   Filed 07/19/05   Page 2 of 2

JUL-07-2005 02:33PM  FROM-SILICON VALLEY LAW GROUP        +4085725701        T-207  P.003/003  F-327

1  The Court has ordered the parties to proceed to ADR in the *Panahiasl v. Creditcare* et al.
2  matter. Defendants have yet to provide their availability for ADR. The parties request the Court
3  continue the CMC for 60 days, allowing the parties time to address the ADR matter. The parties also
4  request the CMC in the *Wyatt v. Creditcare* matter be continued for 60 days, so that the matters can be
5  addressed at the same time.
6  
7  Dated: July 7, 2005
8  
9  _____
   Ronald Wilcox, Counsel for Plaintiff
10 Dated: July 7, 2005
11 _____
   Chris Ashworth, Counsel for Defendants
12 
13 
14 
                      **[PROPOSED] ORDER**
15 
16 
17  The Case Management Conferences in the *Panahiasl and Pierson v. Creditcare* matter and
18  *Wyatt v. Creditcare et al.* matter are hereby continued from July 15, 2005 to 9/16/05 @10:30.
19 
20  /s/electronic signature authorized                    7/11/05
    _____                      _____
21  HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE          DATE
22 
23 
24 
25 
26 
27 
28 

- 2 -