From: LAW OFFICE OF RON WILCOX    408 296 0486        07/26/2005 00:01 #062 P.001/002
Case 5:04-cv-03681-JF   Document 30   Filed 07/26/05   Page 1 of 2

JUL-26-2005 01:02PM  FROM-SILICON VALLEY LAW GROUP          +4085735701        T-379  P.004/005  F-505

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Floor., Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Tel: (312) 372-8822
Fax: (312) 372-1673
rand@horwitzlaw.com

Attorneys for Plaintiff
SHARON WYATT

*E-FILED 7/26/05*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SHARON WYATT, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT <br><br> Defendants. | CIV. NO. 04-03681 JF RS <br><br> STIPULATION and [PROPOSED] ORDER TO CONTINUE MOTION TO STAY DISCOVERY WITH RESPECT TO CLASS ISSUES <br><br> Date: August 31, 2005 <br> Time: 9:30 AM <br> Courtroom 4 |

The parties hereby respectfully request the Court continue the August 30, 2005, Motion to Stay Discovery with Respect to Class issues to September 14, 2005 at 9:30a.m.

- 1 -
Stipulation and Order to Continue Motion to Stay Discovery with Respect to Class Issues

From: LAW OFFICE OF RON WILCOX 408 296 0486 07/26/2005 00:01 #062 P.002/002
Case 5:04-cv-03681-JF Document 30 Filed 07/26/05 Page 2 of 2

JUL-26-2005 01:02PM FROM-SILICON VALLEY LAW GROUP +4085735701 T-379 P.005/005 F-505

Date: 7/25/05

_____
Ronald Wilcox, Attorney for Plaintiff

Date: 7-25-05

_____
Christopher Ashworth, Attorney for Defendants

## [PROPOSED] ORDER

IT IS SO ORDERED: 7/26/05          /s/ Richard Seeborg

                                   **JUDGE RICHARD SEEBORG**

- 2 -

Stipulation and Order to Continue Motion to Stay Discovery with Respect to Class Issues