Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Floor., Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@yahoo.com

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Tel: (312) 372-8822
Fax: (312) 372-1673
rand@horwitzlaw.com

Attorneys for Plaintiff
SHARON WYATT

*E-FILED 8/19/05*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| SHARON WYATT, on behalf of herself and others similarly situated, | CIV. NO. 04-03681 JF/RS |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO STAY CLASS DISCOVERY AND [~~PROPOSED~~] ORDER |
| vs. | |
| CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT | Date: September 14, 2005<br>Time: 9:30 AM<br>Courtroom 4 |
| Defendants. | |

The parties hereby stipulate to continue the hearing on defendants' motion to stay class discovery to October 26, 2005.

Dated: August 17, 2005

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: August 17, 2005

_____
Chris Ashworth, Counsel for Defendants

- 1 -

# [PROPOSED] ORDER

The hearing on defendants' motion to stay class discovery is continued to 10/26/05

/s/ Richard Seeborg                                           8/19/05
_____                          _____
HON. RICHARD SEEBORG, MAGISTRATE JUDGE                       DATE

- 2 -