**Ronald Wilcox, State Bar #176601**
**LAW OFFICE OF RONALD WILCOX**
**2160 The Alameda, 1st Floor., Suite F**
**San Jose, CA 95126**
**Tel:  (408) 296-0400**
**Fax: (408) 296-0486**
**ronaldwilcox@yahoo.com**

**O. Randolph Bragg, IL. Bar #06221983**                    **E-filed 9/15/05**
**HORWITZ, HORWITZ & ASSOCIATES**
**25 East Washington, Suite 900**
**Chicago, IL 60602**
**Tel:  (312) 372-8822**
**Fax: (312) 372-1673**
**rand@horwitzlaw.com**

**Attorneys for Plaintiff**
**SHARON WYATT**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **SHARON WYATT, on behalf of herself and others similarly situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT**<br><br>**Defendants.** | **CIV. NO.  04-03681 JF/RS**<br><br>**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE, AND [PROPOSED] ORDER**<br><br>**Date:  September 19, 2005**<br>**Time:  10:30 AM**<br>**Courtroom 3** |

In a related matter, *Panahiasl et al v. Creditcare et al*, the parties have agreed to continue the Case Management Conference and requested continuance to October 14, 2005, 10:30 a.m., after the October 8, 2005 scheduled ADR.  The parties have also agreed to continue the Case Management Conference in the *Wyatt v. Creditcare et al* matter.  In the interest of judicial economy, the parties request that the Case Management Conference be held on the same day, October 14, 2005, 10:30 a.m.  In a September 12, 2005 telephone call, Defendant's counsel indicated he was amenable to a continuance.

- 1 -

1

2

3    Dated: September 13, 2005            /s/Ronald Wilcox

4                                          **Ronald Wilcox, Counsel for Plaintiff**

5

6

7                            **[PROPOSED] ORDER**

8

9    The Case Management Conference shall be continued to October 14, 2005, 10:30 a.m.

10

11   **IT IS SO ORDERED.**

12    /s/electronic signature authorized              9/15/05

13   **HON. J. FOGEL, U.S. DISTRICT COURT JUDGE   Date**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S CASE MANAGEMENT STATEMENT, REQUEST TO CONTINUE, AND [PROPOSED] ORDER