Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Floor., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673
rand@horwitzlaw.com

Attorneys for Plaintiff
SHARON WYATT

*E-FILED 9/29/05*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SHARON WYATT, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT<br><br>Defendants. | CIV. NO.  04-03681 JF RS<br><br>STIPULATION and [PROPOSED] ORDER TO CONTINUE MOTION TO STAY DISCOVERY WITH RESPECT TO CLASS ISSUES<br><br>Date:  October 26, 2005<br>Time:  9:30 AM<br>Courtroom 4 |

The parties hereby respectfully request the Court continue the October 26, 2005, Motion to Stay Discovery with Respect to Class issues to November 16, 2005 at 9:30a.m.

| | |
|---|---|
| Date: 9/28/05 | /s/_____ <br> Ronald Wilcox, Attorney for Plaintiff |
| Date: 9/28/05 | /s/_____ <br> Christopher Ashworth, Attorney for Defendants |

**ORDER**

**IT IS SO ORDERED.**                    /s/ Richard Seeborg
                                         _____
                                         **JUDGE RICHARD SEEBORG**

**Dated:  9/29/05**