**Ronald Wilcox, State Bar #176601**
**LAW OFFICE OF RONALD WILCOX**
**2160 The Alameda, 1st Floor., Suite F**
**San Jose, CA 95126**
**Tel:  (408) 296-0400**
**Fax: (408) 296-0486**
**ronaldwilcox@yahoo.com**

**O. Randolph Bragg, IL. Bar #06221983**
**HORWITZ, HORWITZ & ASSOCIATES**
**25 East Washington, Suite 900**
**Chicago, IL 60602**
**Tel:  (312) 372-8822**
**Fax: (312) 372-1673**
**rand@horwitzlaw.com**

**Attorneys for Plaintiff**
**SHARON WYATT**

**E-filed 10/13/05**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SHARON WYATT, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT<br><br>Defendants. | CIV. NO.  04-03681 JF/RS<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE AND ORDER**<br><br>Date:  October 14, 2005<br>Time:  10:30 AM<br>Courtroom 3 |

A Motion for Class Certification is currently under submission.  The parties believe it would be appropriate to continue the Case Management Conference to November 18, 2005, at 10:30a.m.

Dated: October 8, 2005                /s/Ronald Wilcox_____
                                      **Ronald Wilcox, Counsel for Plaintiff**

Dated: October 8, 2005                /s/Chris Ashworth_____
                                      **Chris Ashworth, Counsel for Defendants**

- 1 -

JOINT CASE MANAGEMENT STATEMENT, REQUEST TO CONTINUE AND [PROPOSED] ORDER

- 2 -

1
2
3     **[PROPOSED] ORDER**
4
     The Case Management Conference shall be continued to November 18, 2005, 10:30 a.m.
5
6  **IT IS SO ORDERED.**
7
8   /s/electronic signature authorized                    10/13/05
9  **HON. J. FOGEL, U.S. DISTRICT COURT JUDGE    Date**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

JOINT CASE MANAGEMENT STATEMENT, REQUEST TO CONTINUE AND [PROPOSED] ORDER