1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Ronald Wilcox, State Bar #176601**
**LAW OFFICE OF RONALD WILCOX**
**2160 The Alameda, 1st Floor., Suite F**
**San Jose, CA 95126**
**Tel:  (408) 296-0400**
**Fax: (408) 296-0486**
**ronaldwilcox@post.harvard.edu**

**O. Randolph Bragg, IL. Bar #06221983**
**HORWITZ, HORWITZ & ASSOCIATES**
**25 East Washington, Suite 900**
**Chicago, IL 60602**
**Tel:  (312) 372-8822**
**Fax: (312) 372-1673**
**rand@horwitzlaw.com**

**Attorneys for Plaintiff**
**SHARON WYATT**

*E-FILED 10/21/05*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **SHARON WYATT, on behalf of herself and others similarly situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT**<br><br>**Defendants.** | **CIV. NO.  04-03681 JF RS**<br><br>**STIPULATION and [PROPOSED] ORDER TO CONTINUE MOTION TO STAY DISCOVERY WITH RESPECT TO CLASS ISSUES**<br><br>**Date:  November 16, 2005**<br>**Time:  9:30 AM**<br>**Courtroom 4** |

The parties hereby respectfully request the Court to continue the November 16, 2005, Motion to Stay Discovery with Respect to Class Issues to December 21, 2005 at 9:30a.m.

Date: 10/20/2005                    /s/Ronald Wilcox_____
                                    Ronald Wilcox, Attorney for Plaintiff


Date: 10/20/2005                    /s/Kathryn Barrett_____
                                    Kathryn Barrett, Attorney for Defendants


# [PROPOSED] ORDER

**The hearing on defendant's Motion to Stay Class Discovery is continued to December 21, 2005, at 9:30a.m.**

**IT IS SO ORDERED:** _10/21/05_          /s/ Richard Seeborg

                                   **JUDGE RICHARD SEEBORG**