Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Floor., Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@yahoo.com

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Tel: (312) 372-8822
Fax: (312) 372-1673
rand@horwitzlaw.com

Attorneys for Plaintiff
SHARON WYATT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SHARON WYATT, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT<br><br>Defendants. | CIV. NO. 04-03681 JF/RS<br><br>CIV. NO. C04-04479 JF<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, AND POSTPONE OTHER MATTERS, and [PROPOSED] ORDER<br><br>Date: November 18, 2005<br>Time: 10:30 AM<br>Courtroom 3 |

The parties hereby submit this joint statement:

There are currently two pending matters against Creditcare, Inc. and Michael Gurney being presided over by Hon. Jeremy Fogel (*Wyatt v. Creditcare, et al.* and *Panahiasl v. Creditcare, et al.*).

- 1 -

On November 8, 2005, the Court entered an Order allowing the Silicon Valley Law Group to withdraw as counsel for defendants Creditcare, Inc. and Michael Gurney.

**<u>Defendants' Counsel has Withdrawn; Parties Have Agreed to Postpone Matters</u>**

Defendant Michael Gurney's continued deposition had been noticed for November 14, 2005. The deposition of the original creditor of the underlying alleged debt, Dr. Hughes, D.D.S., had also been noticed for November 14, 2005. Furthermore, depositions of plaintiffs were to take place in December 2005 and February 2006 (the parties have agreed to the above sequence of the depositions). Finally, plaintiffs were to respond to written discovery on or about November 16, 2005.

Defendant Michael Gurney, president of Creditcare, Inc., had indicated he has spoken to other attorneys, expects to hear back next week from potential counsel, and will retain counsel promptly. In light of defendants not having counsel at this time the parties have agreed to post-pone the above pending matters. Defendants will immediately inform plaintiffs once new counsel is retained, and the parties will then meet and confer to discuss the rescheduling of the above-matters.

Defendants had filed motions to stay class discovery in both matters, since the Court had yet to certify a class. The court has now certified a class. The parties request that the Court post-pone the Motions to Stay Class Discovery (currently set for December 13, 2005 and December 21, 2005), by withdrawing them from calendar, to be reset, after defendants' new counsel meets and confers with plaintiffs.

**<u>Request to Continue CMC from November 18, 2005 to</u>**

In light of the above, the parties believe it would be appropriate to continue the Case Management Conference from November 18, 2005 to December 9, 2005.

Dated: November 10, 2005

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: November 10, 2005

11/14/2005  02:32    7781184                    CREDITCARE                              PAGE  02
From:LAW OFFICE OF RON WILCOX      408 296 0486      11/09/2005 22:19 #032 P.004/008

1
2  _____
3  Michael Gurney, Defendant
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

JOINT CASE MANAGEMENT STATEMENT, REQUEST TO CONTINUE AND [PROPOSED] ORDER

## [PROPOSED] ORDER

The CMC set for November 18, 2005 is continued to December 9, 2005.

The Motions to Stay Class Discovery, set for December 13, 2005, and December 21, 2005, are off calendar until Defendants' counsel meets and confers with plaintiffs counsel to reset the matters.

**IT IS SO ORDERED:**

s/electronic signature authorized                              11/14/05

**HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE       DATE**