Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Floor., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**E-filed 12/12/05**

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JEANNIE PANAHISAL and SANDY PEIRSON, on behalf of themselves and members of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT<br><br>Defendants. | CIV. NO.  04-04479-JF<br><br>CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE AND [~~PROPOSED~~] ORDER<br><br>Date:  December 9, 2005<br>Time:  10:30 AM<br>Courtroom 3 |
| SHARON WYATT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br>Defendants.<br><br>CreditCare, Inc., d.b.a Credit C.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT | CIV. NO.  04-03681-JF<br><br>CASE MAMANAGMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE AND [PROPOSED] ORDER<br><br>Date:  December 9, 2005<br>Time:  10:30 AM<br>Courtroom 3 |

Defendant Mike Gurney has yet to obtain new counsel. In the matter of, *Panahiasl et al v. Creditcare et al*, Plaintiffs request the Case Management Conference be continued to January 13, 2006, 10:30 a.m. Similarly in the *Wyatt v. Credticare et al* matter, the parties also request a continuance of the Case Management Conference to January 13, 2006.

| | |
|---|---|
| **Dated: December 2, 2005** | /s/ Ronald Wilcox_____<br>**Ronald Wilcox, Counsel for Plaintiff** |
| **Dated: December 2, 2005** | /s/ Mike Gurney_____<br>**MIKE GURNEY** |

**[PROPOSED] ORDER**

**The Case Management Conference shall be continued to January 13, 2006, 10:30 a.m.**

**IT IS SO ORDERED.**

/s/electronic signature authorized                                         12/8/05

**HON. J. FOGEL, U.S. DISTRICT COURT JUDGE    Date**