1

**Ronald Wilcox, State Bar No. 176601**
**Attorney at Law**
2
**2160 The Alameda, 1st Floor., Suite F**
**San Jose, CA 95126**
3
**Tel:  (408) 296-0400**
4
**Fax: (408) 296-0486**
**ronaldwilcox@post.harvard.edu**
5
**Attorney for Plaintiffs**

\*\*E-filed 1/11/06\*\*

6

**UNITED STATES DISTRICT COURT**
7
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
8

9

| | |
|---|---|
| **JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,** | **CIV. NO.  C04-04479 JF** |
| | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE FROM 1/9/06 to 2/17/06 and [PROPOSED] ORDER** |
| **Plaintiffs,** | |
| **vs.** | |
| **CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,** | **Date:  January 9, 2006** |
| | **Time:  10:30 AM** |
| | **Courtroom 3** |
| **Defendants.** | |
| _____ | |
| **SHARON WYATT, on behalf of herself and all others similarly situated,** | _____ |
| | **CIV. NO.  C04-03681 JF RS** |
| **Plaintiff,** | |
| **v.** | **Date:  January 9, 2006** |
| | **Time:  10:30 AM** |
| **CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,** | **Courtroom 3** |
| **Defendants.** | |

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

There are two relates cases herein.  Defendants' counsel has withdrawn from both.  The parties have continued the CMC matters twice already, each time with defendants assuring plaintiffs they would obtain new counsel.  Plaintiffs attempted to contact defendants to file a joint statement, but have not heard back from them.  Plaintiff intends to depose defendants on February 9 and 10, 2006.  In light of the above plaintiffs respectfully requests the Court continue these CMC matters until February 17, 2006.

Dated: January 6, 2006

/s/Ronald Wilcox_____

**Ronald Wilcox, Counsel for Plaintiff**

- 2 -

1

2

3                          **[~~PROPOSED~~] ORDER**

4

5        The Case Management Conferences in the *Panahiasl and Pierson v. Creditcare* et al. matter

6    and *Wyatt v. Creditcare et al.* matter are hereby continued from January 9, 2006 to February 17, 2006,

7    at 10:30 p.m.

8

9

10  _____     _1/11/06__
    HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE     DATE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28