**\*\*E-filed 5/4/06\*\***

Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, 1st Floor., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,<br><br>　　　　Defendants.<br>_____<br>SHARON WYATT, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,<br><br>　　　　Defendants. | CIV. NO.  C04-04479 JF<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE FROM 5/5/06 to 5/12/06 and [PROPOSED] ORDER**<br><br><br>Date:  May 5, 2006<br>Time:  10:30 AM<br>Courtroom 3<br><br><br>_____<br>CIV. NO.  C04-03681 JF RS<br><br>Date:  May 5, 2006<br>Time:  10:30 AM<br>Courtroom 3 |

- 1 -

1
2   Plaintiff's counsel will be out of state on May 5, 2006, and respectfully requests these matters
3   be continued to May 12, 2006.  **AT 2:30 p.m.**
4
5   Dated: April 28, 2006
                                            /s/Ronald Wilcox
6                                           **Ronald Wilcox, Counsel for Plaintiff**
7
8                                   Certificate of Service
9
10      I, Marion Ramel, declare as follows:
11      I am over the age of eighteen and not a party to this action.  On April 28, 2006, I served the
12  foregoing document on Defendants in this action,
13
14  by U.S. Mail, to the following address:
15
16  **Michael Gurney**
    **17760 Monterey Rd., #E**
17  **Morgan Hill CA 95037**
18
    **/s/Marion Ramel**
19  **Marion Ramel**
20
21
22
23
24
25
26
27
28

- 2 -

1
2
3                           **[PROPOSED] ORDER**
4
5    The Case Management Conferences in the *Panahiasl and Pierson v. Creditcare* et al. matter
6    and *Wyatt v. Creditcare et al.* matter are hereby continued from May 5, 2006 to May 12, 2006, at 10:30
7    p.m.
8
9    _____          __5/2/06____
10   HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE     DATE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -