```
 1  Ronald Wilcox, State Bar No. 176601
    Attorney at Law                                    **E-filed 7/5/06**
 2  2160 The Alameda, 1st Floor., Suite F
    San Jose, CA 95126
 3  Tel:  (408) 296-0400
 4  Fax: (408) 296-0486
    ronaldwilcox@post.harvard.edu
 5  Attorney for Plaintiffs
 6                     UNITED STATES DISTRICT COURT
 7                FOR THE NORTHERN DISTRICT OF CALIFORNIA
                             SAN JOSE DIVISION
 8
```

| | |
|---|---|
| **JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,**<br><br>Plaintiffs,<br><br>vs.<br><br>**MIKE GURNEY a/k/a TOM WRIGHT,**<br><br>Defendants.<br>_____ | **CIV. NO.  C04-04479 JF**<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE FROM 7/7/06 to 7/14/06 and [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**<br><br><br>**Date:  July 7, 2006**<br>**Time:  10:30 AM**<br>**Courtroom 3** |
| **SHARON WYATT, on behalf of herself and all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**MIKE GURNEY a/k/a TOM WRIGHT,**<br><br>Defendants. | _____<br>**CIV. NO.  C04-03681 JF RS**<br><br><br>**Date:  July 7, 2006**<br>**Time:  10:30 AM**<br>**Courtroom 3** |

Defendant Michael Gurney has defaulted on his obligations in this matter (please see letter attached as an Exhibit).

Plaintiff's counsel has a calendar conflict on July 7, 2006, and respectfully requests the Court

- 1 -

continue the Case Management Conference to July 14, 2006, at which time Plaintiff's counsel will discuss with the Court how Plaintiffs intend to proceed. If Michael Gurney does not wish a default to be taken against him he should appear at the continued CMC.

Dated: June 30, 2006

/s/Ronald Wilcox
**Ronald Wilcox, Counsel for Plaintiff**

Certificate of Service

I, Marion Ramel, declare as follows:

I am over the age of eighteen and not a party to this action. On June 30, 2006, I served the foregoing document on Defendants in this action, by U.S. Mail, to the following address:

**Michael Gurney**
**17760 Monterey Rd., #E**
**Morgan Hill CA 95037**

**Michael Gurney**
**8385 Old Monterey Rd.**
**Morgan Hill, CA 95037-3050**

**/s/Marion Ramel**
**Marion Ramel**

## [~~PROPOSED~~] ORDER

The Case Management Conferences in the *Panahiasl and Pierson v. Gurney* matter and *Wyatt v. Gurney* matter are hereby continued from July 7, 2006 to July 14, 2006, 2006, at 10:30 p.m.

_____     7/5/06
HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE     DATE